

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00498-CV

City of Brownsville
v.
City of Port Isabel and Town of Laguna Vista

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2014-DCL-00815-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED and RENDERED IN PART. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellees.

We further order this decision certified below for observance.

May 24, 2018